UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
PETER DEITRICK,

                                Plaintiff,

            -against-                                          22 **CIVIL** 9466 (LAP)

                                                                   **JUDGMENT**

INWOOD FARMS, LLC,

                                Defendant,
----------------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2026, Defendant's motion for summary judgment is GRANTED IN PART. The resolution of each count is summarized below: Count I (ADA discrimination and hostile work environment) is DISMISSED with prejudice. Counts II, IV, and VI (ADA, NYSHRL, and NYCHRL retaliation) are DISMISSED WITH PREJUDICE in light of Plaintiff's non opposition. Counts III and V (NYSHRL and NYCHRL discrimination and hostile work environment) are DISMISSED WITHOUT PREJUDICE to refiling in state court because the Court declines to exercise supplemental jurisdiction over these claims following the dismissal of all federal claims.

**Dated:** New York, New York

        March 31, 2026

                                                        **TAMMI M. HELLWIG**
                                                _____
                                                        **Clerk of Court**

                                BY:            _____
                                                        **Deputy Clerk**